UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20540-CIV-GAYLES/WHITE

RICHARD SILER,

        Plaintiff,

v.

AGENT TIMOTHY LAWLER, et al.

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Preliminary Report of Magistrate Judge [ECF No. 25]. Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of due process and prosecutorial misconduct [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Following an initial screening under 28 U.S.C. § 1915, Judge White recommended that the Court dismiss the complaint in its entirety as frivolous, malicious, and failing to state a claim as it is barred by the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 483-489 (1994). Although he filed two motions for discovery prior to Magistrate Judge White's Report, Plaintiff has failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed.

R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge White's well-reasoned analysis and agrees that the matter must be dismissed.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Plaintiff's Complaint is **DISMISSED without leave to amend** pursuant to 28 U.S.C. § 1915A (b) (1), as frivolous, malicious, and failing to state a claim upon which relief may be granted.

(3) This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE